CHARLES A. ELLIS et al., Respondents, *v.* CLARENCE
E. RICKETT, Appellant.

*Conversion — sheriffs — mortgagees in possession — seizure and sale
under execution, issued upon judgment against owner, of boat in
possession of mortgagees.*

*Ellis* v. *Rickett*, 187 App. Div. 920, affirmed.
(Argued October 13, 1921; decided October 28, 1921.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,

entered January 17, 1919, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict. The action was in conversion to recover the value of a boat sold by defendant, as deputy sheriff, under execution issued upon a judgment. The complaint alleged that plaintiffs being the holders of certain mortgages covering said boat and the owner thereof having made default in payment took possession thereof; that thereafter defendant, without the knowledge and consent of the plaintiffs, took possession of the said boat and refused to surrender same to plaintiffs after demand for possession. Defendant set up as a defense that he, as deputy sheriff, levied upon the boat, her engine, tackle, apparel and furniture by virtue of an execution duly issued upon a judgment recovered against the owner, and that he thereafter, under said execution, sold the same at public sale, duly advertised, to the highest bidder, and further that the so-called mortgages set forth in the complaint were void and of no force or effect and that he had no knowledge of the same.

*Thomas Burns* and *F. M. McKinley* for appellant.
*George E. Morse* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.